IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v. 2:11-cr-00194-GLL

FRANK M. DEMAURO,

    Defendant.

## ORDER OF COURT

AND NOW, on this 27th day of February, 2013, upon consideration of Defendant's Motion to Withdraw Objections (Document No. 184), IT IS HEREBY ORDERED that said motion is GRANTED and defendant is permitted to withdraw his objections, filed on February 20, 2013, with respect to the presentence investigation report issued in this case. (Document No. 183).

    s/Gary L. Lancaster
    Hon. Gary L. Lancaster,
    Chief United States District Court Judge

cc: All Counsel of Record
    U.S. Probation