IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 2:11-194 |
| v. ) | |
| ) | Judge Cathy Bissoon |
| FRANK M. DEMAURO, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Frank DeMauro's ("Defendant's") Motion for Early Termination of Supervised Release ("Motion," Doc. 285). The Government filed a Response in opposition, citing the 3553(a) factors and the interests of justice. (Doc. 290). Although the Government opposes early termination of Defendant's supervised release, the Probation Office has no objection and defers to this Court. See Doc. 290 at 3 n.1. After consideration of all the relevant briefing, the applicable Section 3553(a) factors, Defendant's conduct and the interests of justice, Defendant's Motion will be granted.

Here, Defendant requests early termination of his supervised release term based on his conduct, such as his exemplary behavior and rehabilitation while incarcerated (including a GED, a 240-hour course in Aqua Culture, 2000 hours of work in a Fish Hatchery Apprenticeship and four years managing the fish hatchery); and similar exemplary behavior post-release (including maintaining a stable residence, working a steady job with benefits at Costco for six years and otherwise successfully assimilating into his community). See Doc. 285; see also Doc. 285-1, Ex. A (letter of support from Defendant's Costco manager). Defendant also suffers from documented severe anxiety, see Doc. 285-1, Exs. B-D, for which he takes medical marijuana under Pennsylvania's medical marijuana card program. See id. The marijuana use, however,

1

inhibits his compliance with his supervised release conditions because it remains a federally prohibited substance.  Finally, Defendant has served approximately seventy-five percent of his supervised release term (approaching six of eight years).

After careful consideration of the applicable 3553(a) factors and Defendant's conduct, including his overall compliance with his conditions of supervision for six years and his demonstrated low risk of recidivism and commitment to reform and to his community, the Court finds that Defendant is an appropriate candidate for early termination and that additional supervision would not serve the interests of justice.  Accordingly, Defendant's Motion (Doc. 285) is GRANTED, and Defendant is discharged from all further supervision forthwith.

IT IS SO ORDERED.

April 18, 2025

s/Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via ECF email notification):

All Counsel of Record